IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                            CHAPTER 13 CASE
                                                                                     NO. 20-32380

TAMARA S. PACE,

      Debtor.

---

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following: Application to Employ Professional Persons pursuant to 11 U.S.C. §327

---

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor(s) desires to retain Ricky A. LeBlanc of the firm Sokolove Law, LLC with an office in Chestnut Hill, Middlesex County, Massachusetts for the specific purpose of recovering damages arising out of a cause of action filed by the debtor(s) against Johnson & Johnson, et al. This cause of action is in the nature of a product liability lawsuit that occurred on or about May 14, 2015. This attorney was previously retained by the Debtor.

I, Ricky A. LeBlanc, am duly licensed to practice law in the State of Massachusetts.

I, Ricky A. LeBlanc, was initially employed by the debtor to represent her and am familiar with the facts and legal issues involved in the case.

I, Ricky A. LeBlanc, do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

Attached and submitted hereto is an affidavit executed by Ricky A. LeBlanc, in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of <u>The Bankruptcy Rules of Procedure.</u> I, Ricky A. LeBlanc, have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with Sokolove Law, LLC for representation regarding the cause of action. The terms of the contract include <u>a 40% contingency fee,</u> plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: <u>Blasingame, Burch, Garrard & Ashely, P.C., Crumley Roberts, LLP (f/k/a Burke Harvey, LLC), Beasley Allen Law Firm Joe Hubbard Law Firm, Ashcraft & Gerel, LLP, Porter & Malouf, PC, and Smith Law Firm, PLLC. The fee will be split as follow: Blasingame, Burch, Garrard & Ashley, P.C. – 26.67%, Crumley Roberts, LLP (f/k/a Burke Harvey, LLC) – 26.67%, Sokolove Law – 13.33%, Beasley Allen Law Firm – 9.44%, Joe Hubbard Law Firm – 11.11%, Ashcraft & Gerel, LLP – 3.34%, Porter & Malouf, PC – 4.72%, and Smith Law Firm, PLLC – 4.72%.</u> The attorney understands she must make application to the Court for approval of his/her fees and expenses. However, if there is no recovery, Ricky A. LeBlanc, acknowledges that the bankruptcy estate of <u>Tamara Pace</u> shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of Ricky A. LeBlanc, and Sokolove Law, LLC to represent the estate in the cause of action filed by the Debtor. Upon settlement or completion of the cause of action, Ricky A. LeBlanc, will apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

Respectfully submitted this 25th day of April 2022.

_____
Ricky A. LeBlanc

Sokolove Law
1330 Boylston St.
Suite 400
Chestnut Hill, MA 02467
(617) 467-6994

## CERTIFICATE OF SERVICE

I, Ricky A. LeBlanc, certify that I have served a copy of the foregoing APPLICATION TO EMPLOY PROFESSIONAL PERSON on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 16th day of June 2022.

_____
Ricky A. LeBlanc

Tamara S. Pace
610 Randolph Way, Apt. 104
Montgomery, AL 36104

Terry L Danford
Danford Law Firm, LLC
2267 Cong. W. L. Dickinson Dr.
Montgomery, AL 36109

Sabrina L. McKinney, Chapter 13 Standing Trustee, via electronic mail

Danielle Greco, Bankruptcy Administrator, via electronic mail