IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  CHAPTER 13 CASE
 NO. 20-32380
TAMARA S. PACE,

Debtor.

STATE OF ALABAMA
COUNTY OF JEFFERSON

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

Before me the undersigned authority, a notary public, in and for said state and county, personally appeared Ricky A. LeBlanc who, being duly sworn by me, deposes and says under oath as follows:

My name is Ricky A. LeBlanc. I am presently affiliated with Sokolove Law, LLC whose primary office is located at 1330 Boylston Street, Suite 400, Chestnut Hill, MA 02467. I am an attorney duly admitted to the practice of law in the State of Massachusetts. I was engaged by the debtor to represent her regarding a cause of action against Johnson & Johnson, et al. on May 17, 2016. The terms of my representation with the debtor are for compensation on a 40% contingency fee, plus reimbursement of out-of-pocket expenses. However, if there is no recovery, the undersigned acknowledges the bankruptcy estate of Tamara S. Pace shall not be responsible for payment of any attorney's fees or for the reimbursement of any out-of-pocket expenses. To date, I have not received any compensation from the debtor or any other entity in connection with my representation. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: Blasingame, Burch, Garrard & Ashely, P.C., Crumley Roberts, LLP (f/k/a Burke Harvey,

LLC), Beasley Allen Law Firm Joe Hubbard Law Firm, Ashcraft & Gerel, LLP, Porter & Malouf, PC, and Smith Law Firm, PLLC. The fee will be split as follow: Blasingame, Burch, Garrard & Ashley, P.C. – 26.67%, Crumley Roberts, LLP (f/k/a Burke Harvey, LLC) – 26.67%, Sokolove Law – 13.33%, Beasley Allen Law Firm – 9.44%, Joe Hubbard Law Firm – 11.11%, Ashcraft & Gerel, LLP – 3.34%, Porter & Malouf, PC – 4.72%, and Smith Law Firm, PLLC – 4.72%.

I do not represent or hold any interest adverse to the debtor or the estate with respect to the matter upon which I am seeking to be employed.

I have no connection with the Trustee, creditors, Bankruptcy Administrator, or any other parties in interest, the debtor, or their respective attorneys, other than with the representation of the debtor in the lawsuit for which I am applying for my employment as a professional person for this specific purpose.

The facts as stated herein are true and correct in all cases where I have personal knowledge and other remaining facts and opinions are true and correct according to the best of my knowledge, information and belief. I understand that upon completion of this case, by settlement or otherwise, that I must make separate application for the approval of any settlements recovered on behalf of the debtor and/or the estate pursuant to LBR 9007-1. I also understand that I must make a separate application for the approval of my fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

_____
Ricky A. LeBlanc

STATE OF MASSACHUSETTS
COUNTY OF NORFOLK

Sworn to and submitted before me on this the 28th day of Aprill 2022.

(Seal) 

Julio Hima
Notary Public
My Commission expires: February 12, 2027